**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHROME CHERRY LIMITED,

          Plaintiff,

v.

404_SLSNTFOUND STORE, et al.,

          Defendants.

Case No. 21-cv-02574

**Judge Martha M. Pacold**

**Magistrate Judge Susan E. Cox**

**<ins>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</ins>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
| --- | --- |
| BINGLI_ | 127 |
| gr8iejierg | 138 |
| JIEU_ | 144 |
| Jshuang | 146 |
| LIZENG | 154 |
| NIAOYANR | 159 |
| Tharv | 167 |

Dated this 27th day of August 2021.

Respectfully submitted,

/s/ Jake M. Christensen
Justin R. Gaudio
Christopher S. Hermanson
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
jgaudio@gbc.law
chermanson@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Chrome Cherry Limited*