**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHROME CHERRY LIMITED,<br><br>                Plaintiff,<br><br>    v.<br><br>404_SLSNTFOUND STORE, et al.,<br><br>                Defendants. | Case No. 21-cv-02574<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Susan E. Cox** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on December 14, 2021 [56], in favor of Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff") against the Defendants Identified in Schedule A in the amount detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Judgment Amount | Line No. |
|---|---|---|
| Mzzus | $16,371 | 158 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 29th day of August 2022.	Respectfully submitted,

/s/ Jake M. Christensen
Justin R. Gaudio
Christopher S. Hermanson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
jgaudio@gbc.law
chermanson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Chrome Cherry Limited*